UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>DENNIS FURSE,<br><br>Defendant. | 14-CR-332-01 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court thanks counsel for their helpful joint letter as to the status of and proposed next steps in this case (Dkt. No. 148). The Court directs that the Probation Department prepare a revised or supplemental PSR, due August 7, 2020. The Court schedules a conference for **August 20, 2020** at **11:00 a.m.**, at which the Court expects both to entertain a motion for relief from Count Two pursuant to *United States v. Davis*, 139 S. Ct. 2310 (2019), and, assuming that Count Two is vacated, to resentence Mr. Furse on Count One. The defense's sentencing submission is due August 12, 2020. The Government's sentencing submission is due August 14, 2020. The Court's deputy will be in contact with counsel to solicit counsel's views as to the means (in person or remote) by which the conference is to occur.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: July 21, 2020
       New York, New York