**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

August 12, 2020

**VIA ECF**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** <u>United States v. Dennis Furse</u>, 14 Cr. 332 (PAE)

Dear Judge Engelmayer:

    I write on behalf of Dennis Furse to request an adjournment of the schedule related to his <u>Davis</u> resentencing.

    The Court issued a scheduling order setting the resentencing for August 20, 2020, with the defense submission due today. First, with respect to Mr. Furse being able to participate in his resentencing, I have confirmed with his facility that he will be able to participate via conference call. The facility requests one month's notice to arrange for his appearance. Second, I received Mr. Furse's medical records from the BOP yesterday. I believe these records contain important information that will be relevant to the Court's analysis under 18 U.S.C. 3553(a) at his resentencing and need additional time to review them.

    For these reasons, I respectfully request that the Court adjust the schedule for resentencing as follows:   Defense submission due September 9, Government submission due September 11, and resentencing on September 16 at a time that is convenient for the Court. The Government consents to this request.

    Once the Court sets a date and time for the resentencing, I will confer with Your Honor's Chambers regarding the logistics of having Mr. Furse participate virtually and will provide his counselor at his facility with sufficient advance notice.

    I thank the Court for its time and attention to this matter.

Respectfully Submitted,
/s/
Peggy Cross-Goldenberg
Assistant Federal Defender
212-417-8732

cc:   AUSA Eun Young Choi

**GRANTED.** The Court adopts the proposed briefing schedule and adjourns sentencing to October 13, 2020 at 11:00 a.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 154.

8/13/2020

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge