UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    -v-<br><br>DENNIS FURSE,<br><br>                                  Defendant. | 14-CR-332-01 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court today, on the joint application of the parties, dismissed Count 2 of the Indictment, as infirm in light of *United States v. Davis*, 139 S. Ct. 2319 (2019). The Court then resentenced defendant Furse, based on his previous guilty plea to Count 1.

SO ORDERED.

                                                                              *Paul A. Engelmayer*
                                                                              PAUL A. ENGELMAYER
                                                                              United States District Judge

Dated: March 23, 2021
            New York, New York