# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 15, 2025

**Via ECF**

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     RE: *United States v. Dennis Furse*, 14-cr-332 (PAE)

Dear Judge Engelmayer:

     I write to request that the Court reschedule the status conference in the above-referenced case. The Court scheduled a status conference for December 18, 2025, at 12:00 p.m. Mr. Furse is in compliance with probation. He has taken steps to interview for jobs and enroll in a course that can assist with construction site work. He is also in compliance with his outpatient substance use program. He is moving in a positive direction, but we would like additional time to see his progress and be able to provide the Court with a more comprehensive update. I have discussed this request with Mr. Furse, U.S. Probation Officer Noah Joseph, and Assistant United States Attorney Kyle Wirshba, and all parties consent to this adjournment request. If it is amenable to the Court, we request a date in late January.

     Thank you for your time and consideration of this matter.

Respectfully submitted,
/s/ Nora Stephens
Assistant Federal Defender
Federal Defenders of New York
(917) 890-4518
Nora_Stephens@fd.org

**GRANTED.** The conference is adjourned until Tuesday, January 27, 2025, at 11:00 a.m.

12/15/2025

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge