UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

DENNIS FURSE,

Defendant.

14-CR-332-01 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at the conference held on March 2, 2026, the Court

imposes the following special condition of supervised release:

The defendant shall participate in an outpatient mental health program approved by the

U.S. Probation Office. The defendant shall continue to take any prescribed medications unless

otherwise instructed by the health care provider. The defendant shall contribute to the costs of

services rendered not covered by third-party payment, if the defendant has the ability to pay. The

Court authorizes the release of available psychological and psychiatric evaluations and reports to

the health care provider.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 4, 2026
       New York, New York