UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 14-CR-332-01 (PAE) |
| v. | **ORDER** |
| DENNIS FURSE, | |
| *defendant.* | |

Upon the motion of the United States, with the consent of Dennis Furse, the defendant, and as orally ordered at the May 19, 2026 conference in the above-referenced matter,

IT IS HEREBY ORDERED that the conditions of release for the defendant are hereby amended to include that the defendant must reside in a Residential Re-Entry Center for a period of six (6) months, during which time he must not be permitted to leave the facility except for work, religious observance, court appearances, or other acceptable reasons as approved by the Probation Department;

IT IS FURTHER ORDERED that the defendant must abide by all the rules and regulations of the Residential Re-Entry Center, which shall include a subsistence payment to the facility based upon income earned.

DATED:    New York, New York
          May 21, 2026

HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK