Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 8, 2026

**Via ECF**

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

RE: *United States v. Dennis Furse*, 14-cr-332 (PAE)

Dear Judge Engelmayer:

I write to request that the Court reschedule the status conference in the above-referenced case. The Court scheduled a status conference for July 14, 2026 at 11:00 a.m. Probation Officer Noah Joseph is out of the district on July 14, and I am out of the district the last two weeks of July. I have discussed this request with Mr. Furse, U.S. Probation Officer Noah Joseph, and Assistant United States Attorney Kyle Wirshba, and all parties consent to this adjournment request. We request an adjournment to September 15, 2026 at 2:30 p.m.

Thank you for your time and consideration of this matter.

Respectfully submitted,
/s/ Nora Stephens
Assistant Federal Defender
Federal Defenders of New York
(917) 890-4518
Nora_Stephens@fd.org

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 206.

7/9/2026

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge